HENRY KAHAN, Respondent, v. IRA L. KARP, Appellant.— In an action to compel specific performance of a contract for the sale of real property, judgment granting respondent's motion for summary judgment and decreeing specific performance by appellant, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Adel, Nolan, Sneed and Wenzel, JJ.

LILYAN KATZMAN, as Administratrix of the Estate of HARRY KATZMAN, Deceased, Respondent-Appellant, v. BEN KATZMAN, Appellant-Respondent.— In an action for a partnership accounting, judgment directing a sale and division of partnership assets, etc., insofar as appeals are taken, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Adel, Nolan, Sneed and Wenzel, JJ.

JOSEPH KAUFMAN, Appellant, v. FORT GREENE PACKING CO., INC., et al., Respondents, et al., Defendants.— Judgment in favor of respondents, dismissing appellant's complaint upon the merits, entered after a special verdict in an action for duress, and order directing entry of judgment, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

IRVING MARCUS, Appellant, v. RACHEL MARCUS, Respondent.— In an action for divorce, in which the defendant wife denied the alleged adultery and affirmatively alleged the validity of a foreign judgment of divorce procured by her, order of February 24, 1948, granting her counsel fee, and order of April 29, 1948, granting her counsel fee to defend the appeal from the former order, affirmed, with one bill of $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. [See *post,* p. 854.]

ELENA T. MOGILAT, Appellant, v. HEMLOCK REALTY COMPANY, INCORPORATED, Respondent, et al., Defendants.— In an action by a judgment creditor to set aside an assignment of a contract to purchase real property, to impress a trust upon the property and to direct its sale, judgment dismissing the complaint on the merits, after trial, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel, and Sneed, JJ.

LOUIS A. OCKEY, an Infant, by EVA OCKEY, His Guardian ad Litem, et al., Respondents, v. PILGRIM LAUNDRY, INC., et al., Appellants.— In an action to recover damages for personal injuries suffered by a five-year-old boy when he was in contact with an electric automobile truck owned by the corporate appellant and operated by the individual appellant, and by his mother for expenses and for loss of services, judgment, entered on the verdict of a jury in favor of plaintiffs, affirmed, with costs. No opinion. Lewis, P. J., Carswell, Adel and Sneed, JJ., concur; Wenzel, J., dissents and votes to reverse the judgment and to dismiss the complaint on the ground that plaintiffs failed to establish any actionable negligence on the part of defendants.

PEOPLE'S BANK FOR SAVINGS OF NEW ROCHELLE, Respondent, v. KATHRYN B. FOWKES, Appellant, et al., Defendants.— Order denying appellant's motion to vacate and set aside the judgment of foreclosure and sale herein, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.